UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:              CASE NO. 05-82876-TJT
GICENTROY HENRY            CHAPTER 13 PROCEEDINGS
PAULA HENRY                 HON. THOMAS J. TUCKER

_____Debtors_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| GICENTROY HENRY<br>PAULA HENRY<br>25183 CONGRESS<br>NOVI, MI 48375-0000<br>SSN: XXX-XX-3464 or XXX-XX-1122 | N/A | N/A | DEBTOR REFUND | 1242474 | 2/9/10 | $ 3.27 |

DATED: February 12, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    4742421
DETROIT, MICHIGAN 48231-1930

0582876  00000  017414  1242474
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 02/09/2010                                                                         Check No: 1242474
Payee: CLERK OF US BANKRUPTCY COURT

| 0582876 | GICENTROY HENRY & PAULA HENRY | | | 3.27 | 0.00 | 3.27 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

04-79
611

CHECK NO. 1242474
SunTrust Bank

FOR  GICENTROY HENRY and PAULA HENRY
BK:0582876  ACCT:
PRIN:    3.27    INT:    0.00

DATE Feb 09, 2010

AMOUNT
**********3.27

PAY  3.27
Three And 27 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $3.27
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

Tammy L. Terry
Chapter 13 Trustee

⑈1242474⑈ ⑆061100790⑆ 0000005751516⑈

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 05-82876-TJT |
| GICENTROY HENRY | CHAPTER 13 PROCEEDINGS |
| PAULA HENRY | HON. THOMAS J. TUCKER |
| Debtors | |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**KURT A O'KEEFE**
**3156 PENOBSCOT BLDG**
**DETROIT, MI 48226**

**Last Known Address for Debtors:**

**GICENTROY HENRY**
**PAULA HENRY**
**25183 CONGRESS**
**NOVI, MI 48375**

DATED: February 12, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226